UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TERRELL A. BERRY,

        Plaintiff,

      -v-                        9:20-CV-177

CORRECTIONAL OFFICER
C. TREMBLAY *et al.*,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                        OF COUNSEL:

TERRELL A. BERRY
Plaintiff, Pro Se
19-A-2478
Franklin Correctional Facility
P.O. Box 10
Malone, NY 12953

HON. LETITIA JAMES             KONSTANDINOS D. LERIS, ESQ.
New York State Attorney General
Attorneys for Defendants
The Capitol
Albany, NY 12224

DAVID N. HURD
United States District Judge

## ORDER ADOPTING REPORT & RECOMMENDATION

On February 20, 2020, pro se plaintiff Terrell A. Berry ("plaintiff") filed this civil rights action alleging that defendants violated his constitutional

rights while he was incarcerated at Franklin Correctional Facility. Dkt. No. 1. Following an initial review of the complaint, this Court ordered a response to plaintiff's First Amendment retaliation claims against defendants Tremblay and Finnel. Dkt. No. 14. Thereafter, defendants moved to dismiss plaintiff's complaint for failure to state a claim. Dkt. No. 22.

On April 22, 2021, U.S. Magistrate Judge Thérèse Wiley Dancks advised by Report & Recommendation ("R&R") that defendants' motion to dismiss be granted and that plaintiff's complaint be dismissed. Dkt. No. 32. Plaintiff has filed objections. Dkt. No. 37.

Upon *de novo* review of the portions to which plaintiff has objected, the Report & Recommendation is accepted and adopted in all respects. *See* 28 U.S.C. § 636(b)(1)(C).

Therefore, it is

ORDERED that

1. The Report & Recommendation (Dkt. No. 32) is accepted and adopted; and

2. Plaintiff's complaint is DISMISSED.

IT IS SO ORDERED.

David N. Hurd
U.S. District Judge

Dated: June 23, 2021
  Utica, New York.